CGFD28 (9/19/08)



ORDERED in the Southern District of Florida on July 8, 2014

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14−15615−RAM
Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jean Wilner St Lot Gervais
1172 S Dixie Hwy #255
Miami, FL 33146

SSN: xxx−xx−3055

## FINAL DECREE

The trustee, Maria Yip, having filed a final report that the estate has been fully administered, is discharged and the case is closed.